IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:16CR139 |
| BRIAN WYATT, | ORDER FOR DISMISSAL |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 82) the 2nd Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 80). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the 2nd Amended Petition for Offender Under Supervision is dismissed.

2. The defendant shall immediately report to Dismas Charities as previously ordered in the Court's Order dated November 1, 2019 (Filing No. 78).

3. The disposition hearing in this matter remains set for January 28, 2020, at 9:00 a.m.

Dated this 11th day of December, 2019.

BY THE COURT:

JOSEPH F. BATAILLON
United States District Judge