IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN WYATT,<br><br>　　　　　　　Defendant. | 8:16CR139<br><br>ORDER FOR DISMISSAL |

This matter is before the Court on Plaintiff's Motion to Dismiss (Filing No. 101) the 3rd Amended Petition for Warrant or Summons for Offender Under Supervision (Filing No. 87). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The United States' Motion is granted and the 3rd Amended Petition for Offender Under Supervision is dismissed.

Dated this  1st   day of February, 2021.

BY THE COURT:

*/s/ Joseph F. Bataillon*

JOSEPH F. BATAILLON
United States District Judge